1  Jared T. Walker (SB#269029)
2  2020 Capitol Avenue
   Suite 7
3  Sacramento, CA 95811
   T: (916) 476-5044
4  F: (916) 476-5064
   jared@saclawoffices.com

5  Attorney for Plaintiff,
   SHAWNA M. NELSON
6

7              IN THE UNITED STATES DISTRICT COURT

8                 EASTERN DISTRICT OF CALIFORNIA

9  SHAWNA M. NELSON,                    Case No.: 2:16-cv-02125-CKD

10         Plaintiff,

11      v.                              STIPULATION FOR FIRST 30 DAY
                                        EXTENSION FOR PLAINTIFF TO FILE
12 CAROLYN W. COLVIN,                   OPENING BRIEF
   Commissioner of Social Security,
13
           Defendant.
14

15

16    IT IS STIPULATED, by and between the parties, through their respective counsel of record,

17 that the time for Plaintiff to file her motion for summary judgment be extended thirty (30) days until

18 March 15, 2017.  This is Plaintiff's first request for an extension of time.  Despite due diligence,

19 Plaintiff's counsel has been unable to prepare Plaintiff's opening brief in accordance with the current

20 scheduling order due to counsel's current workload which has involved conflicting deadlines in

21 unrelated matters.

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

1 | Dated: February 13, 2017

Respectfully submitted,

/s/ *Jared T. Walker*
Jared T. Walker,
Attorney for Plaintiff

SO STIPULATED:

PHILLIP A. TALBERT
United States Attorney

Dated: February 13, 2017            By:     /s/ *Jeffrey Chen**
(*authorized by e-mail on 2/13/2017*)
Jeffrey Chen
Special Assistant United States Attorney
Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED:

Dated:  February 14, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE OPENING BRIEF