1  Jared T. Walker (SB#269029)
   2020 Capitol Avenue
2  Suite 7
   Sacramento, CA 95811
3  T: (916) 476-5044
   F: (916) 476-5064
4  jared@saclawoffices.com

5  Attorney for Plaintiff,
   SHAWNA M. NELSON
6

7             IN THE UNITED STATES DISTRICT COURT

8               EASTERN DISTRICT OF CALIFORNIA

9  SHAWNA M. NELSON,              Case No.: 2:16-cv-02125-CKD

10        Plaintiff,

11        v.                      STIPULATION FOR 21 DAY EXTENSION
                                  FOR PLAINTIFF TO FILE OPENING
12 CAROLYN W. COLVIN,             BRIEF
   Commissioner of Social Security,
13
           Defendant.
14

15

16    IT IS STIPULATED, by and between the parties, through their respective counsel of record,

17 that the time for Plaintiff to file her motion for summary judgment be extended twenty-one (21) days

18 until April 5, 2017.  This is Plaintiff's second request for an extension of time.  Plaintiff's counsel

19 requires additional time to prepare Plaintiff's opening brief in accordance with the current

20 scheduling order due to the length of the administrative record in this matter which exceeds 1,500

21 pages of documents.

22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

| | |
|---|---|
| Dated: March 15, 2017 | Respectfully submitted, |
| | /s/ *Jared T. Walker* |
| | Jared T. Walker, |
| | Attorney for Plaintiff |

SO STIPULATED:

PHILLIP A. TALBERT
United States Attorney

Dated: March 15, 2017    By:    /s/ *Michael Marriott, esq. for Jeffrey Chen\**
(*authorized by e-mail on 3/15/2017*)
Jeffrey Chen
Special Assistant United States Attorney
Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED:

Dated:  March 22, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE