1  PHILIP A. TALBERT
   United States Attorney
2  DEBORAH LEE STACHEL
3  Regional Chief Counsel, Region IX
   Social Security Administration
4  MICHAEL K. MARRIOTT, CSBN 280890
   Special Assistant United States Attorney
5      160 Spear Street, Suite 800
       San Francisco, California 94105
6      Telephone: (415) 977-8985
       Facsimile: (415) 744-0134
7      E-Mail: Michael.Marriott@ssa.gov

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SHAWNA M. NELSON, | Civil No. 2:16-cv-02125-CKD |
| Plaintiff, | **STIPULATION AND ORDER FOR A FIRST EXTENSION OF TIME FOR DEFENDANT TO FILE HER MSJ** |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

    IT IS HEREBY STIPULATED by the parties, and with the approval of the Court, that Defendant shall have a first extension of time of 30 days to file her MSJ.  Defendant respectfully requests this additional time because of a very heavy workload, including a Ninth Circuit merits brief that requires significant work to complete within the next two weeks as well as four other District Court briefs.

Stip. to Extend Def.'s MSJ

1

The new due date for Defendant's MSJ will be Monday, June 5, 2017.

Respectfully submitted,

Date: *May 5, 2017*  By: */s/ Jared Thomas Walker\**
JARED THOMAS WALKER
*\* By email authorization on April 27, 2017*
Attorney for Plaintiff

Date: *May 5, 2017*  PHILIP A. TALBERT
United States Attorney

By: */s/ Michael K. Marriott*
MICHAEL K. MARRIOTT
Special Assistant United States Attorney
Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED:

Dated: May 8, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE